**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6030**

---

WILLIAM T. SIMS,

Petitioner - Appellant,

versus

WARDEN, Southampton Correctional Center,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-99-578-AM)

---

Submitted: July 27, 2000       Decided: August 2, 2000

---

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William T. Sims, Appellant Pro Se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William T. Sims seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Sims v. Warden, No. CA-99-578-AM (E.D. Va. Dec. 14, 1999).[*] We deny Sims' request to order the Virginia Department of Corrections to transfer him to another facility. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on December 6, 1999, the district court's records show that it was entered on the docket sheet on December 14, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).